6:13-cr-00170-CRI     Date Filed 04/02/13     Entry Number 22     Page 1 of 1
6:13-cr-00170-(    )  Date Filed 03/12/13     Entry Num    9      Page 1 of 1

2013 MAR 13 AM 10:54

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

United States of America
v.

BENTON T. HALL
*Defendant*

Case No. 6:13-170

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BENTON T. HALL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371
Title 18, United States Code, Section 1349

Date: 3/12/13

City and state: Greenville, South Carolina

s/Amanda Williams, Deputy Clerk
*Issuing officer's signature*
for LARRY W. PROPES
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 03/13/2013, and the person was arrested on *(date)* 03/14/2013
at *(city and state)* Diaz, Phoenix

Date: 04/02/2013

— USSS —
*Arresting officer's signature*

By: T. Mayo, Inv Rsch Spec
*Printed name and title*