IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:13-170 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION REGARDING DISCOVERY |
| | ) | |
| GORDON L. HALL | ) | |
| BENTON T. HALL | ) | |

NOW COMES the United States, by and through the undersigned attorney, who moves this Court for an order regulating the dissemination of discovery. For the reasons outlined herein and expressed at the attempted arraignment of these two Defendants, the United States requests that the Court regulate the dissemination of this discovery material pursuant to the Court's inherent authority and the authority granted to it by Rule 16(d)(1) of the Federal Rules of Criminal Procedure. Specifically, the Government requests that the Court issue an Order that prohibits defense counsel from: (1) keeping more than one copy of the discovery; (2) disseminating copies of the discovery to anyone else, including the Defendants, unless defense counsel obtains approval from the Court prior to the dissemination; and (3) revealing the contents of the discovery to anyone other than the defense counsel's staff, the Defendant, and others whose participation is reasonably necessary to prepare a defense prior to trial unless defense counsel obtains approval from the Court prior to the dissemination.

Therefore, the United States requests that this Honorable Court grant the relief sought herein and issue a Disclosure Order governing the dissemination of discovery materials in this case.

Defense counsel have been consulted via e-mail and do not oppose this motion.

                                             Respectfully submitted,

                                             WILLIAM N. NETTLES
                                             UNITED STATES ATTORNEY

                                    By:   s/William J. Watkins, Jr.
                                             William J. Watkins, Jr.
                                             Assistant U.S. Attorney (#7863)
                                             55 Beattie Place, Suite 700
                                             Greenville, South Carolina 29601

April 15, 2013