IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:13-170 |
| | ) | |
| vs. | ) | |
| | ) | ORDER REGARDING DISCOVERY |
| | ) | |
| GORDON L. HALL | ) | |
| BENTON T. HALL | ) | |

This matter comes before the Court upon motion of the Government, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure for an order governing discovery in this case. The Court grants the motion for the reasons outlined in the motion and expressed at the attempted arraignment, and issues this Order regulating all discovery released in this case.

Therefore, defense counsel is prohibited from: (1) keeping more than one copy of the discovery; (2) disseminating copies of the discovery to anyone else, including the Defendant, unless defense counsel obtains approval from the Court prior to the dissemination; and (3) revealing the contents of the discovery to anyone other than the defense counsel's staff, the Defendant, and others whose participation is reasonably necessary to prepare a defense prior to trial unless defense counsel obtains approval from the Court prior to the dissemination.

IT IS SO ORDERED.

 s/ Jacquelyn D. Austin
JACQUELYN D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
April 16, 2013