

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

May 14, 2013

The Honorable J. Michelle Childs
United States District Court
District of South Carolina (Greenville)
300 East Washington Street
Greenville, South Carolina 29601

RE:  HALL, Benton T.
     REGISTER NUMBER: 90000-308
     DOCKET NUMBER: 6:13-cr-00170-CRI-2

Dear Judge Childs:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on May 7, 2013, pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4242. Currently, the evaluator is conducting interviews and psychological testing with Mr. Hall, which are necessary to complete his evaluation.  In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for thirty days. If this request is granted, the evaluation period will end on July 20, 2013.  Staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed.  If you concur, please complete the bottom section of this request and return by fax machine to Kim Barnes, Health Systems Specialist, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter.  If you need additional information, please contact me at (919) 575-4541.

Respectfully,

*Justin F. Andrews*
Warden

[x]xx    The above requested extension of time is hereby granted

[ ]      The above requested extension of time is not hereby granted


Signature: s/ Jacquelyn D. Austin,          DATE: May 17, 2013
           United States Magistrate Judge