# U. S. DEPARTMENT OF JUSTICE
## Statement of Special Assessment Amount

**This statement reflects your special assessment only. There may be other penalties imposed at sentencing. <u>This Special Assessment is due and payable at the time of the execution of the plea agreement.</u>**

| ACCOUNT INFORMATION | |
|---|---|
| **CRIM. ACTION NO.:** | 6:13-cr-00170-JMC |
| **DEFENDANT'S NAME:** | BENTON T. HALL |
| **PAY THIS AMOUNT:** | One Hundred and 00/100 U.S.D |
| **PAYMENT DUE ON OR BEFORE:** | Thirtieth of September in the year of our Lord Two-Thousand and Thirteen (09/30/2013) (date plea agreement signed) |

**MAKE CHECK OR MONEY ORDER PAYABLE TO:**
*CLERK, U.S. DISTRICT COURT*

PAYMENT SHOULD BE SENT TO:
Clerk, U.S. District Court
[Address in Columbia, Greenville, Charleston or Florence]

OR HAND DELIVERED TO:
Clerk's Office
[Address in Columbia, Greenville, Charleston or Florence] (Mon - Fri 9-5)

*INCLUDE DEFENDANT'S NAME ON CHECK OR MONEY ORDER  (**Do Not send cash**)*

*ENCLOSE THIS COUPON TO INSURE PROPER and PROMPT APPLICATION OF PAYMENT*

COUPON
-Cut here------------------------------------------------Cut here--

Payable to: Chief Financial Officer
U.S. District Court
300 East Washington Street
Greenville, South Carolina
Near. [29601]

Drawee: "Secretary of Treasury"
1500 Pennsylvania Avenue
Washington, D.C. 20220

Written Amount: One Hundred and 00/100 United States Dollars — $100.00

for: Criminal Action No. 6:13-cr-00170-JMC on behalf of BENTON T. HALL, S.S.N. 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

DATE: 30th of September 2013
Benton Tyler Thomas Hall
Benton Tyler Thomas Hall
Exemption I.D. 600997079

Benton Taylor Thomas Hall