IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA GREENVILLE DIVISION

RECEIVED
USDC CLERK, GREENVILLE, SC
2013 NOV 15 P 12 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:13-cr-00170-2-JMC |
| | ) | |
| Vs. | ) | |
| | ) | ENTRY OF PLEA |
| | ) | OF NOLLO CONTENDRE TO |
| BENTON T HALL | ) | CHARGES |
| | ) | NUNC PRO TUNC |
| Defendant. | ) | AND REQUEST FOR TIME |

    The Accommodation Party in the capacity of Defendant BENTON T HALL, does hereby authorize the entry of a PLEA of NOLLO CONTENDRE to the charges brought forth against the Defendant BENTON T HALL in the instant case via the SUPERSEDING INDICTMENT (ECF # 48) pursuant to Federal Rules of Criminal Procedure, Rule 11(a)(1). This entry should be entered *nunc pro tunc* to August 22, 2013, to replace this Court's previous entry of a plea of not guilty to these charges.

    The Accommodation Party, having agreed with the Plaintiff to a settlement of the substance of this matter as set forth in this Court's Docket pursuant to ECF # 82 (CERTIFIED RECORD OF ACCORD with the UNITED STATES OF AMERICA and the Accommodation Party for the Defendant) does hereby request a continuance for reasonable amount of time in the public proceedings to negotiate a plea agreement between the Government and the Accommodation Party/Defendant pursuant to Federal Rules of Criminal Procedure 11(c)(1) in order to expedite this matter in form in the interest of justice.

    Respectfully submitted,

*Benton Tyler Thomas Hall*
BENTON T HALL, Defendant